**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

∗ ∗ ∗

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-127-KJD-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| EDWARD N. LEVINE, and LUMSDEN W. QUAN, | |
| Defendants. | |

Before the Court is the Government's Motion for Department of Justice Trial Attorney to Appear in this Court on Behalf of the United States (#27) under LR 1A 10-3. This Rule provides that "any nonresident attorney who is a member in good standing" of any state, and who is employed by the United States as an attorney, and who has occasion to appear in this Court on behalf of the Unites States shall be permitted to practice before this Court "upon motion."

The Government moves for the appearance of Todd Mikolop before the Court in this case. The Government asserts that Mr. Mikolop is a member in good standing of the Massachusetts State Bar, and is employed as an attorney by the United States in the Environmental Crimes Section of the Department of Justice. Accordingly, as LR 1A 10-3 appears to be satisfied and as no substantive reason exists to prohibit Mr. Mikolop from appearing, the Court **HEREBY GRANTS** the Motion (#27).

DATED this 16th day of June 2014.

_____
Kent J. Dawson
United States District Judge