# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD N. LEVINE,<br><br>　　　　　Defendant. | 2:14-cr-00127-KJD-VCF<br>**ORDER** |

　　　Before the court is the Motion to Withdraw as Attorney. (#33).

　　　IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorney (#33) is scheduled for 10:00 a.m., January 29, 2015, in courtroom 3D.

　　　DATED this 13th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE