**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD N. LEVINE,<br><br>        Defendant. | 2:14-cr-00127-KJD-VCF<br>**ORDER** |

Before the court is the Motion to Withdraw as Attorney. (#33). Pursuant to counsel's request,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorney (#33) is scheduled for 10:00 a.m., January 29, 2015 is rescheduled to 1:00 p.m., January 29, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that Mr. Edward N. Levine must be present at the hearing.

DATED this 15th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE