DANIEL G. BOGDEN
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
702-388-6336/Fax: 702-388-6418
RYAN CONNORS
Trial Attorney
Environmental Crimes Section
601 D Street, NW
Washington, DC  20004
(202) 305-0381/Fax (202) 514-8865

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>EDWARD N. LEVINE,<br><br>        Defendant. | Case No.: 2:14-cr-127-GMN-VCF<br><br>**UNITED STATES' MOTION TO REVIEW JUROR QUESTIONNAIRES** |

The United States, by and through its undersigned attorneys hereby submits this Motion To Review Juror Questionnaires.  The United States requests the Court permit both parties to review the juror questionnaires.  If the Court grants the motion, the parties will be able to review the questionnaires by contacting Jury Administrator Summer Rivera at 702-464-5613.

Dated:  December 2, 2015.

**IT IS SO ORDERED.**
**DATED** this __3__ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DANIEL G. BOGDEN
United States Attorney
/s/ *Kathryn C. Newman*_____
KATHRYN C. NEWMAN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has served the foregoing UNITED STATES' MOTION TO REVIEW JUROR QUESTIONNAIRES on counsel for Defendant Edward Levine by means of electronic filing.

DATED this 2nd day of December, 2015.

                                    /s/ Kathryn C. Newman
                                  KATHRYN C. NEWMAN