TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
*Attorney for Edward Levine*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EDWARD LEVINE,<br><br>  Defendant. | 2:14-cr-00127-GMN-VCF<br><br>~~2:14-mj-00200-VCF~~<br><br>**STIPULATION AND ORDER FOR PERMISSION TO TRAVEL TO HAWAII** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, EDWARD LEVINE by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, RYAN CONNORS, U.S. Department of Justice, that Mr. Levine be given permission to travel to Hawaii from February 8 through February 19, 2016.

This Stipulation is entered into for the following reasons

1. Per the conditions of Pre-Trial Services Mr. Levine is allowed to travel in the Continental United States, but requires permission from the government to travel to Hawaii since it is not on the continent.

2. Travel dates are from February 8th to February 18th 2016 and have been confirmed.

3. Mr. Leventhal has spoken to RYAN CONNORS, from the U.S Department of Justice, and he has no objection to the request for Mr. Levine to travel to Hawaii.

4. The address in Hawaii is: 44 Hana Hwy. Maui, Hawaii.

DATED this 25th of January, 2016.

_____-s-_____          _____-s-_____
TODD M. LEVENTHAL, ESQ.          RYAN CONNORS
Counsel for defendant             U.S. Department of Justice

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
*Attorney for Edward Levine*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ~~2:14-mj-00200-VCF~~ |
| Plaintiff, ) | 2:14-CR-00127-GMN-VCF |
| vs. ) | |
| EDWARD LEVINE, ) | |
| Defendant. ) | |

**ORDER**

Accordingly, IT IS SO ORDERED that Mr. Levine be allowed by this honorable court to travel to the state of Hawaii from **February 8 through February 18, 2016.**

Dated this ___26th___ day of JANUARY, 2016.

_____
CAM FERENBACH
U.S ~~DISTRICT COURT~~ JUDGE
Magistrate