# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:14-cr-00127-KJD-VCF |
| vs. | **ORDER** |
| EDWARD N. LEVINE, | |
| Defendant. | |

Before the court is the government's Motion for an Order to Take and Preserve for Use at Trial the Deposition of a Prospective Government Witness.  (#108).

IT IS HEREBY ORDERED that any opposition to the Motion for an Order to Take and Preserve for Use at Trial the Deposition of a Prospective Government Witness (#108) must be filed on or before 5:00 p.m., March 2, 2016.  No reply necessary.

IT IS FURTHER ORDERED that a hearing on the Motion for an Order to Take and Preserve for Use at Trial the Deposition of a Prospective Government Witness (#108) is scheduled for 3:00 p.m., March 3, 2016, in courtroom 3D.

DATED this 24th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE