DANIEL G. BOGDEN
United States Attorney
JENNIFER L. BLACKWELL
RYAN C. CONNORS
Trial Attorneys
U.S. Department of Justice
Environmental Crimes Section
601 D Street, NW
Washington, DC 20004
(202) 305-0360



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-   ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00127 |
| Plaintiff, | [PROPOSED] ORDER ON UNITED STATES' MOTION FOR AN ORDER TO TAKE AND PRESERVE FOR USE AT TRIAL THE DEPOSITION OF A PROSPECTIVE GOVERNMENT WITNESS |
| vs. | |
| EDWARD N. LEVINE, | |
| Defendant. | |

### ORDER

Having considered the United States' Motion for an Order to Take and Preserve for Use at Trial the Deposition of a Prospective Government Witness, the Court hereby finds that exceptional circumstances exist such that a deposition should be allowed pursuant to Fed. R. Crim P. 15.

It is hereby ORDERED that pursuant to Fed. R. Crim. P. 15, the deposition of Jay Conrad shall be taken as soon as practicable with due regard to the convenience of the parties. Depozition must be completed by April 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

Date:

CAM FERENBACH
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## CERTIFICATE OF SERVICE

1. I hereby certify that on February 24, 2016, I filed the *Government's Motion to take and Preserve for Use at Trial the Deposition of a Prospective Government Witness*, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Leventhal, Esq.
Attorney for Defendant Edward Levine

/s/ Jennifer L. Blackwell
Jennifer Blackwell
Environmental Crimes Section
601 D St., NW, Rm 2132
Washington, DC 20004
Tel: (202) 305-0360
Jennifer.blackwell2@usdoj.gov