DANIEL G. BOGDEN
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar 13733
RYAN C. CONNORS
Trial Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
P (702)-388-6336/F (702) 388-5087
kathryn.newman@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) Case No.: 2:14-cr-00127-GMN-VCF |
| --- | --- |
| Plaintiff, | ) **ORDER RULING ON** |
| vs. | ) **OBJECTIONS DURING THE** |
|  | ) **DEPOSITION OF JAY CONRAD** |
| EDWARD N. LEVINE, | ) |
| Defendant. | ) |

Came for consideration in the above-captioned matter, United States' Motion *In Limine* for Advance Ruling on Objections Raised During the Deposition of Jay Conrad (Doc. 125). After considering the Motion, any responses, any replies, and the evidence submitted, the Court rules on the objections raised as indicated in the following table.

Objections made during direct examination:

| Page | Line | Objection | Sustained | Overruled |
| --- | --- | --- | --- | --- |
| 22 | 19 | Objection; foundation. |  | Overruled, goes to state of mind. |
| 23 | 3 | Objection; foundation |  | Overruled, goes to state of mind. |
| 32 | 23 | Objection; calls for speculation. |  | Overruled, goes to state of mind. |

| Page | Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 46 | 6 | Objection. Calls for speculation. | | Overruled, goes to state of mind. |
| 56 | 5 | Objection. It calls for speculation. | | Overruled. |

Objections made during cross examination:

| Page | Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 88 | 20 | Objection. That calls for hearsay. | Sustained. | |
| 89 | 11 | We continue our objection. | Sustained. | |
| 91 | 5 | **Mr. Connors:** Objection as to relevancy.<br>**Mr. Leventhal:** If you want to know why it's relevant, it's in the cooperation deals that he's done, so it's relevant. | Sustained. | |

Objection made during re-direct examination:

| Page | Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 106 | 17 | **Mr. Leventhal:** I'm going to object as leading.<br>**Mr. Connors:** As to which question?<br>**Mr. Leventhal:** Well, all of them. You're kind of leading him to it. | Court reserves ruling. | |

2

The government has requested that the following objections and accompanying testimony be omitted from the videotaped deposition to be shown to the jury. The Court **GRANTS** the government's request to edit and excise the following objections from the evidence shown to the jury.

| Page | Lines | Objection |
|---|---|---|
| 20 | 11-14 | **Mr. Leventhal:** Objection; leading. |
| 65 | 2-10 | **Mr. Leventhal:** At this time I'm going to move to strike all of the witness' testimony at this point because of the medication that he's on and the fact that he cannot remember anything. So I'm just going to move to strike everything that he's had to say so far. And I will just put that on the record. **Mr. Connors:** We will disagree and it's noted. |
| 77-78 | 21-24; 1-8 | **Mr. Connors:** Objection. He doesn't know what Quan knew. **Mr. Leventhal:** I'm sorry? **Mr. Connors:** He doesn't know what Quan knew. **Mr. Leventhal:** Okay. That's fine. We can disagree but I will go through it with him. |
| 102 | 6 | **Mr. Connors:** Objection. This is hearsay again. |

**IT IS SO ORDERED.**

DATED this 12 day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3