# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-127-GMN-VCF |
| vs. | DATE: September 14, 2017 |
| EDWARD N. LEVINE, | Courtroom 7C |
| Defendant. | |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich       COURT REPORTER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Kathryn Newman and Ryan Connors with Fish and Wildlife Services Special Agent Vance Jurgens and IT Personnel Christopher Kopf

COUNSEL FOR DEFENDANT: Todd Leventhal with Paralegal Carmen Martinez

MINUTES OF PROCEEDINGS: Jury Trial (Day 4)

8:55 a.m. The Court convenes outside the presence of the prospective jurors. The Court and parties discuss the jury instructions. The Court and parties discuss whether the indictment should be redacted to remove co-defendant's name and charges or provided it to the jury in its original format. The Court states it will provide the indictment as it is filed. The Court DENIES the Motion in Limine re: Entrapment Defense (ECF No. 166).

9:08 a.m. The jury enters the courtroom. The Court provides jury instructions to the jury.

9:38 a.m. Mr. Connors provides closing statements on behalf of the Government.

10:19 a.m. The jury is admonished and excused for a morning break.

10:44 a.m. The Court reconvenes in the presence of the jury. Mr. Leventhal provides closing statements on behalf of Mr. Levine.

11:19 a.m. The jury is admonished and excused for a morning break.

11:41 a.m. The Court reconvenes in the presence of the jury. Mr. Connors provides rebuttal closing statements on behalf of the Government.

12:07 p.m. The court security officer is sworn. The jury is excused to begin deliberations.

12:08 p.m. The Court stands at recess during deliberations.

3:37 p.m. The Court reconvenes outside the presence of the jury. The Court is in receipt of two jury notes. The Court and parties discuss the notes and formulate a response. The response is provided to the jury.

4:02 p.m. The Court stands at recess while the jury continues deliberations.

5:31 p.m. The Court reconvenes outside the presence of the jury. The Court states it is in receipt of a jury note indicating a verdict has been reached.

5:32 p.m. The jury enters the courtroom. The Court reads the verdict. Mr. Levine is found GUILTY as to Counts 1 and 2. The jury is polled. The jury is released from their admonishment and thanked for their service.

5:40 p.m. Mr. Connors makes an oral motion for the Mr. Levine's detention pending sentencing. Mr. Leventhal responds. The Court sets the detention issue for hearing on Friday, September 15, 2017, at 10:30 a.m. in Courtroom 7C. Sentencing is set for Friday, December 15, 2017, at 11:00 a.m. in Courtroom 7C.

5:50 p.m. Court adjourns.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk