# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:14-cr-00127-GMN-VCF |
| vs. ) | |
| ) | |
| EDWARD N. LEVINE, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On December 19, 2017, this Court granted the MOTION to Withdraw as Attorney (ECF No. 188).

Accordingly, IT IS HEREBY ORDERED that Monti Jordana Levy, is APPOINTED as counsel for Edward N. Levine in place of Todd M. Leventhal's Office for all future proceedings. Todd M. Leventhal's Office shall forward the file to Ms. Levy forthwith.

DATED this \_\_\_27\_\_\_ day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE