DAYLE ELIESON
Interim United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar 13733
RYAN C. CONNORS
Trial Attorney
501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada 89101
P (702) 388-6336 F (702) 388-5087
Kathryn.Newman@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00127 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (Second Request) |
| EDWARD N. LEVINE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the parties, Dayle Elieson, Interim United States Attorney for the District of Nevada, Assistant U.S. Attorney Kathryn Newman, Trial Attorney Ryan Connors, and Monti Levy, counsel for Defendant Edward Levine, that the sentencing in the above-captioned matter, currently scheduled for February 1, 2018, at 9:30 a.m., be vacated and continued to March 23, 2018, at 9:00 a.m.

The Stipulation is entered into for the following reasons:

1. On December 27, 2017, the Court appointed Monti Levy as attorney for the defendant for purposes of sentencing.

2. Defense counsel has only recently received the case file from the previous attorney and is awaiting the transcript of the four-day trial. Defense counsel requests the additional time to review the trial materials and the significant amount of briefing and discovery in the case. As such, the additional time is necessary for counsel to fully prepare to represent the defendant at sentencing.

2. The defendant is in custody but does not object to the continuance.

3. The parties agree to the continuance.

4. The Court's courtroom administrator has provided the parties with the above date should the Court grant a continuance

6. This is the second request to continue the sentencing date.

Dated: January 17, 2018.

                                                  Respectfully submitted,
                                                  DAYLE ELIESON
                                                  Interim United States Attorney

*/s/ Monti J. Levy*                            */s/ Ryan C. Connors*
MONTI J. LEVY                             RYAN C. CONNORS
Counsel for Defendant Edward Levine    Trial Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00127 |
| Plaintiff, | [Proposed] ORDER |
| vs. | |
| EDWARD LEVINE, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for February 1, 2018, at the hour of 9:30 a.m., be vacated and continued to March 23, 2018, at the hour of 9:00 a.m.

Dated this __17__ day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE